

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:17cr109 |
| | ) | |
| CHRISTOPHER MICHAEL WILLIAMS | ) | |
| | ) | |

## STATEMENT OF FACTS

If the United States were to try this case, the evidence that would be proved beyond a reasonable doubt would be:

On or about February 13, 2017, Google Inc. (Google) became aware of images containing child pornography that had been uploaded to an email in a Gmail account. The identified user account was associated with the e-mail account "cwsnoop@gmail.com", telephone number (757) XXX-8194, and IP address 108.17.137.244. Google forwarded the information to the National Center for Missing and Exploited Children (NCMEC). Google also provided additional information that indicated that the user of the "cwsnoop@gmail.com" account provided a secondary email address s_n_oo_p88@yahoo.com. The information from NCMEC was forwarded to the Bedford County Sheriff's Office, which conducted additional research of the telephone number (757) XXX-8194. The research indicated that the account was registered to the defendant, CHRISTOPHER MICHAEL WILLIAMS of Newport News, Virginia. The Bedford County Sheriff's Office forwarded the information to the FBI in the Eastern District of Virginia. According to the NCMEC report, the identified account associated with "cwsnoop@gmail.com" account had

1



uploaded 15 files of child pornography on February 13, 2017. A sampling of the images are listed as follows:

a. "imgsrc.ru_52715575JdF.jpg" – the image was uploaded on February 13, 2017, and depicts a nude pre-pubescent juvenile female lying on her back. Her legs are raised and spread apart. The camera is focused on her exposed genitals.

b. "imgsrc.ru_52715386pCq.jpg" – the image was uploaded on February 13, 2017, and depicts a pre-pubescent juvenile female wearing a yellow skirt. The female is bent over sitting on her head on a couch. Her legs are spread apart and her genitals are exposed. The picture is date stamped 10/09/2011.

c. "imgsrc.ru_52715827rJz.jpg" - the image was uploaded on February 13, 2017, and depicts a pre-pubescent juvenile female wearing a pink top, nude from the waist down. The female is on all fours and the camera is focused on her exposed genitals.

On or about April 7, 2017 and April 10, 2017, Google became aware of images containing child pornography which were uploaded to an email in Gmail. The identified user account was associated with the e-mail account "s.n.oo.p88.yo@gmail.com", telephone number (757) XXX-8194, and IP address 108.17.137.244. According to the NCMEC report, the identified account associated with "s.n.oo.p88.yo@gmail.com" account had uploaded one file of child pornography on April 7, 2017. It is described as follows:

"1485069293000d312eb78315db402ccd6b6fc7f569aa9971c9faffbab1e97cc3af46094993c4e4e8faef755790c2903eff651f00c590abeaf9424e7df8d0528133f508088b612.jpg" - the image was uploaded on April 7, 2017 and depicts a pre-pubescent juvenile female nude from the waist down. An adult male with an erect penis is penetrating her anally. The male appears to be ejaculating.

According to NCMEC report, the identified account associated with "s.n.oo.p88.yo@gmail.com" account had uploaded one file of child pornography on April 10, 2017. It is described as follows:



"14902992340005864fcb72102c4ef482a3c362c139fa456c19ccb67a5f1a8fb55e44542142 a4fba11eb397b14125062fbaa3c519e49b46c9cbf7d53846dd241844975056ef5a.png" – this image was uploaded on April 10, 2017 and depicts a nude pre-pubescent female toddler lying on her back. She is holding a purple object. Her legs are spread apart exposing her genitals.

On October 19, 2017, Verizon, in response to a subpoena issued by an investigator from the Bedford County Sheriff's Office for the subscriber of the IP address 108.17.137.244, revealed the account was subscribed to by Y. L., of XXX Taliaferro Road, Newport News, Virginia, 23603. The records also indicated the account was activated on March 15, 2016. This information was also forwarded to the FBI.

A federal search warrant was obtained for the home of the defendant, CHRISTOPHER MICHAEL WILLIAMS.

On October 30, 2017, agents and TFO's with the FBI, along with agents from the Department of Homeland Security, Homeland Security Investigations (DHS-HSI) conducted a search of the residence of WILLIAMS and Y.L. pursuant to a lawfully obtained search warrant, and seized a number of electronic devices. WILLIAMS was present during the search warrant execution and agreed to speak with Special Agent Stacey Sullivan and Special Agent Paul Wolpert. WILLIAMS was advised of his *Miranda* rights and agreed to speak to agents. The following is a summary of his interview: he admitted to the agents that he had uploaded child pornography to his email accounts. He got the email contact through a posting on website A. He admitted that he had traded child pornography the week before using one of his Yahoo email addresses. WILLIAMS admitted that he had made a comment of a photo on website A and asked the person what other images he had via email. The person responded with links that led him more images of child pornography. WILLIAMS admitted receiving images of child pornography through his Yahoo



email account, but admitted that he received some through his Gmail account as well. WILLIAMS would then email those images of child pornography he received out to other users he contacted on website A.

On or about November 8, 2017, Department of Justice Forensic Examiner, R. E. Jones completed a forensic analysis on the electronic media seized from the defendant's residence. Located on two electronic devices found in the defendant's home was at least ten images, but less than 150 images of child pornography, as defined in Title 18, United States Code, § 2256 (2)(A)(B) and (8) and the United States Sentencing Commission Guidelines. The electronic devices which contained child pornography were manufactured outside the Commonwealth of Virginia. The defendant's electronic devices had access to the Internet which is an interconnected network of computers with which one communicates when on-line, and that network crosses state and national borders.

The defendant admits that on or about April 7, 2017, in the Eastern District of Virginia, that he received the following image that depicts child pornography, as detailed in Count 2 of the Indictment; an image entitled "1485069293000d312eb78315db402ccd6b6fc7f569aa9971c9faffb ab1e97cc3af46094993c4e4e8faef755790c2903eff651f00c590abeaf9424e7df8d0528133f508088 b612.jpg." The image depicts a female toddler child engaging, actual and simulated, anal-genital sexual intercourse by an adult male with a toddler female. The defendant admits that the image had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer. The defendant further admits that the image, constitutes "child pornography" as defined in Title 18, United States Code, § 2256 (2)(A)(B) and (8).

These events occurred in the Eastern District of Virginia and elsewhere.



Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Lisa R. McKeel
Assistant United States Attorney
VA Bar No. 28652
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
(757) 591-4000



After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, and the United States, I hereby stipulate that the above Statement of Facts is a partial summary of the evidence which is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____  /-22-2018
CHRISTOPHER MICHAEL WILLIAMS    Date

I am CHRISTOPHER MICHAEL WILLIAMS's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____  1/22/18
Wilfredo Bonilla, Jr., Esq.     Date
Assistant Federal Public Defender
Counsel for defendant
CHRISTOPHER MICHAEL WILLIAMS